FILED
CLERK, U.S. DISTRICT COURT
JAN 17 2008
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed
JS-5/(JS-6) ✓
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GREGORY LEWIS STIRES,<br><br>    Petitioner,<br><br>    v.<br><br>JOHN MARSHALL,<br><br>    Respondent. | No. ED CV 07-01184-VAP (VBK)<br><br>JUDGMENT |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that Respondent's Motion to Dismiss is granted and Judgment be entered denying and dismissing the Petition with prejudice.

DATED: January 15, 2008

                                                VIRGINIA A. PHILLIPS
                                                UNITED STATES DISTRICT JUDGE